# Court of Appeals
# of the State of Georgia

ATLANTA,  April 15, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1510. ELMAREE BRUTON v. TORI PIPPINS et al.

Following a car accident involving Elmaree Bruton and Tori Pippins, Bruton filed two separate lawsuits against GEICO Casualty Company and Tori and Charlie Pippins; one in January 2023 and one in October 2023. In the October 2023 lawsuit, the trial court granted the Pippins summary judgment and dismissed the claims against GEICO. Bruton appealed the ruling, and we dismissed the appeal for failure to file a brief. See Case No. A24A1398 (May 23, 2024). In the January 2023 lawsuit, the trial court denied a motion to transfer venue and dismissed the case with prejudice. Bruton then filed this appeal, seeking to challenge those rulings. This appeal, however, is barred by res judicata.

"The doctrine of res judicata prevents the re-litigation of all claims which have already been adjudicated, or which could have been adjudicated, between identical parties or their privies in identical causes of action." *Rockdale County v. U.S. Enterprises, Inc.*, 312 Ga. 752, 758 (2) (865 SE2d 135) (2021) (citation and punctuation omitted). Here, Bruton filed two lawsuits based upon the same operative facts. She has already had an appeal in one of those lawsuits. She is not entitled to a second appeal. See *Massey v. Massey*, 294 Ga. 163, 165 (2) (751 SE2d 330) (2013) (a party who procedurally defaults on appeal is foreclosed from resubmitting the matter for review on appeal); *Aetna Cas. & Sur. Co. v. Bullington*, 227 Ga. 485, 485 (2) (181 SE2d 495) (1971) ("The effect of the dismissal of the first appeal from an appealable judgment was to affirm the judgment of the trial court there excepted to . . . which was res judicata between the parties."); see also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d

612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal"). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__04/15/2025_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*